No. 9. UNITED STATES *v.* SEALY, INC. Appeal from D. C. N. D. Ill. (Probable jurisdiction noted, 382 U. S. 806.) Motion of Serta Associates, Inc., et al., for leave to participate in oral argument, as *amici curiae,* denied. *Sigmund Timberg* on the motion.

No. 615. BERGER *v.* NEW YORK. Ct. App. N. Y. (Certiorari granted, 385 U. S. 967.) Motion of International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America for leave to file a brief, as *amicus curiae,* granted. *Raymond W. Bergan* on the motion.

No. 9, Misc. REES *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. This case is held without action on the petition for certiorari until further order of the Court.

No. 1356, Misc. FURTAK *v.* MANCUSI, WARDEN; and
No. 1391, Misc. WOLL *v.* FLORIDA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1396, Misc. METER *v.* NEBRASKA. Sup. Ct. Neb. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.

No. 1329, Misc. SKOLNICK *v.* HOFFMAN, JUDGE; and
No. 1383, Misc. WILCOX *v.* MEIER, WARDEN, ET AL. Motions for leave to file petitions for writs of mandamus and for other relief denied.

No. 1083. UNITED STATES *v.* RANDS ET UX. C. A. 9th Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *A. Donald Mileur* for the United States. *Sidney Teiser* for respondents.